# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Douglas William Smith, | ) | CASE NO. 08-41259-PWB |
| | ) | |
| DEBTOR. | ) | |

## SUGGESTION OF DEATH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(2)

Please take notice that Douglas William Smith, Debtor in the above-captioned case, died on December 29, 2011, as evidenced by Exhibit A attached.

Respectfully submitted,
KHOSHNOOD LAW FIRM, PC

_____/s/_____
Dennis J. Reidy
GA Bar No. 641806
Attorney for the Debtor
klfnotices@yahoo.com

KHOSHNOOD LAW FIRM, PC
501 Pulliam Street, SW
Suite 130
Atlanta, GA 30312
(678) 507-1590
(770) 234-4214 Fax

*Form Letters1*

Case 08-41259-pwb    Doc 51    Filed 02/03/12    Entered 02/03/12 15:50:47    Desc Main
Document    Page 2 of 3

EXHIBIT A



# Douglas William Smith
December 29, 1959 - December 29, 2011

Life Legacy  |  Life Stories  |  Life Timeline  |  Historic Documents  |  Family Tree

## Life Legacy

Douglas William Smith, 52, of Cartersville passed away Thursday, December 29, 2011 at Cartersville Medical Center. Born December 29, 1959 he was the son of the Herbert Randolph Smith and the late Katie Law Smith. Douglas was employed by Shaw Industries and was of the Baptist faith.

Survivors include his daughters and son-in-law, Felicia and Wen Liou, and Michelle Lee Smith; his son, Dustin Randale Smith; his brother and sister-in-law, David and Tamra Smith; his niece, Aubree Smith; his uncles and aunts, Henry G. and Caroline Law, Don and Patricia Law, Joyce Siniard, Sue Brooks, and Martha and Wayne Hale.

Funeral services will be conducted at 2:00 p.m. Sunday January 1, 2012 in the chapel of Parnick Jennings Funeral Home and Cremation Services with the Reverend Ralph Shook officiating. Burial will follow at Mt. Pisgah Baptist Church Cemetery.

Serving as pallbearers will be Chris Hall, Kevin Adams, Brandon Gayton, Levi Southern, Michael Bennett, Johnny Collins, and Kevin Law. These gentlemen are asked to be at the funeral home by 1:15 p.m. on Sunday.

The family will receive friends from 6 – 9 p.m. on Saturday at Parnick Jennings Funeral Home and Cremation Services 430 Cassville Rd., Cartersville, GA 30120.

Please join in celebrating Douglas' life by visiting www.jenningsfuneralhome.com to share memories and to post tributes.

Born: December 29, 1959

Place of Birth: Cartersville, GA

Death: December 29, 2011

Place of Death: Cartersville, GA

This memorial provided by:
Jennings Funeral Homes

Memorial Networks™ Partner Provider: Batesvile Interactive, All rights reserved. | Funeral Home Website by Batesville Interactive

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Douglas William Smith, | ) CASE NO. 08-41259-PWB |
| | ) |
| DEBTOR. | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I have served the following parties, and all creditors on the attached mailing matrix, with a copy of the "Suggestion of Death" by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery.

Mary Ida Townson (via email)　　　　　Donald F. Walton
Chapter 13 Trustee　　　　　　　　　　United States Trustee
Suite 2700 - Equitable Building　　　　362 U.S. Courthouse
100 Peachtree Street, NW　　　　　　　75 Spring Street, SW
Atlanta, GA 30303　　　　　　　　　　Atlanta, GA 30303

February 3, 2012　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　KHOSHNOOD LAW FIRM, PC

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Dennis J. Reidy
　　　　　　　　　　　　　　　　　　　GA Bar No. 641806
KHOSHNOOD LAW FIRM, PC　　　　　　　Attorney for the Debtor
501 Pulliam Street, SW　　　　　　　　klfnotices@yahoo.com
Suite 130
Atlanta, GA 30312
(678) 507-1590
(770) 234-4214 Fax

*Form Letters1*