UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| DOUGLAS WILLIAM SMITH ) | |
| ) | CASE NO. R08-41259-PWB |
| ) | |
| DEBTOR(S) ) | |

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: DOUGLAS WILLIAM SMITH
Check Number: 2289878
Check Date: 8/2/2012
Check Amount: $6,558.51

These funds are being remitted to the Registry because the payee has not claimed the funds.

CERTIFICATE OF SERVICE

This is to certify that I have this day, August 10, 2012 , served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

THE KHOSHNOOD LAW FIRM, PC
501 PULLIAM STREET, SW
SUITE 130
ATLANTA, GA  30312

MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110