**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Douglas William Smith**
391 Sugar Valley Road
Cartersville, GA 30120

Case No.: **08–41259–pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

xxx–xx–3619

### ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above–named Debtor(s) was discharged by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:

1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the Attorney for the Debtor(s), and the Chapter 13 Trustee.

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Dated: January 28, 2013

Form 214

```
                          United States Bankruptcy Court
                           Northern District of Georgia
In re:                                                       Case No. 08-41259-pwb
Douglas William Smith                                        Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-6          User: workmans              Page 1 of 2             Date Rcvd: Jan 28, 2013
                              Form ID: 214                Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2013.
db           #+Douglas William Smith,    391 Sugar Valley Road,    Cartersville, GA 30120-5875
aty           +Hooman Khoshnood,    Khoshnood Law Firm,    Suite 130,    501 Pulliam Street, SW,
                Atlanta, GA 30312-2770
tr            +Mary Ida Townson,    Chapter 13 Trustee,    Suite 2200,    191 Peachtree Street, NE,
                Atlanta, GA 30303-1770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 113E-6          User: workmans              Page 2 of 2                  Date Rcvd: Jan 28, 2013
                              Form ID: 214                Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2013 at the address(es) listed below:
         Hooman  Khoshnood    on behalf of Debtor Douglas Smith klfnotices@yahoo.com, hkatlantalaw@gmail.com
         Keith J. Williams    on behalf of Creditor   Family Savings Federal Credit Union keith@keithjwilliamspc.com
         Mary Ida Townson    courtdailysummary@atlch13tt.com
                                                                                                                                                                          TOTAL: 3

Case 08-41259-pwb    Doc 61    Filed 01/30/13    Entered 01/31/13 02:11:46    Desc Imaged
Certificate of Notice    Page 3 of 3